| | |
|---|---|
| ROBERT J. YORIO (SBN 93178)<br>yorio@carrferrell.com<br>JEFFERSON F. SCHER (SBN 152338)<br>jscher@carrferrell.com<br>AYLIN DEMIRCI (SBN 248997)<br>ademirci@carrferrell.com<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, California 94025<br>Telephone:  (650) 812-3400<br>Facsimile:  (650) 812-3444<br><br>Attorneys for Plaintiff<br>OOMA, INC. | JASON P. STEARNS<br>jstearns@freeborn.com<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone:  (312) 360-6000<br>Facsimile:  (312) 360-6520<br><br>Attorneys for Defendants<br>FANTEM, INC. and<br>WINSTON CHENG |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OOMA, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>FANTEM, INC., a Delaware corporation;<br>WINSTON CHENG, an individual; and<br>DOES 1–50, inclusive,<br><br>       Defendants. | Case No. 3:18-cv-02032-JD<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL OF ACTION** |

Plaintiff, Ooma, Inc. ("Ooma"), and Defendants, Fantem, Inc. and Winton Cheng (collectively "Fantem"), by and through their undersigned counsel, advise the Court that this action has been settled and hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) to a dismissal with prejudice, of all claims, counterclaims and defenses filed or otherwise asserted in this action.  Each party shall bear his or its own costs and attorneys' fees in connection with this action.

Dated: June 3, 2019                                        CARR & FERRELL LLP


                                                           By     /s/ *Robert J. Yorio*
                                                                  ROBERT J. YORIO

                                                           Attorney for Plaintiff OOMA, INC.

Dated: June 3, 2019                    FREEBORN & PETERS LLP

By  /s/ Jason P. Stearns
        JASON P. STEARNS

Attorney for Defendants
FANTEM, INC. and WINSTON CHENG

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2),

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: June 6, 2019                    _____
                                       HONORABLE JAMES DONATO
                                       UNITED STATES DISTRICT COURT JUDGE